**No. 12-15-00194-CV**
**IN THE COURT OF APPEALS**
**12 DISTRICT OF TEXAS**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/29/2015 5:24:15 PM
PAM ESTES
Clerk

**DAVID HAYES,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

On Appeal from the County Court at Law
Henderson County, Texas

## CERTIFICATE OF COMPLIANCE

**James H. Owen**
SBN. 15368200
P.O. Box 1447
Athens, Texas 75751
(903) 681-6487 – phone
(469) 533-4616 – facsimile
James.Owen@AttorneyJamesOwen.com

ATTORNEY FOR APPELLANT
DAVID HAYES

I certify pursuant to Texas Rule of Appellate Procedure 9.4(j)(3) that the word count for the Brief of Appellant is 3375 words

Respectfully Submitted,

James H. Owen
P.O. Box 1447
Athens, Texas 75751
Tel: 903-681-6487
Fax: 469-533-4616

/s/ James H. Owen

By:_____

James H. Owen
State Bar No. 15368200
james.owen@attorneyjamesowen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was forwarded on October 29, 2015, via fax to counsel for the Appellee.

/s/ James Owen

_____

James H. Owen